[Civ. No. 589. Fourth Appellate District.—September 14, 1933.]

I. H. GENTRY et al., Appellants, v. JAMES B. MAX-WELL, Respondent.

Harry W. Horton for Appellants.

Best & Best for Respondent.

BARNARD, P. J.—A printed transcript was filed on August 31, 1931. ██ No brief having been filed by either party, this court, on its own motion, noticed an order to show cause why the appeal should not be dismissed for September 12, 1933.

No cause being shown and no appearance having been made, the appeal is dismissed.

Marks, J., and Jennings, J., concurred.